UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
**FILED**
AUG 20 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 17-CV-00082-HRW ) |
| VERNON STAPLETON, and HARTMAN & COMPANY, INC., | ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel below, Plaintiff Covington Specialty Insurance Company and Defendants, Vernon Stapleton and Hartman and Company, Inc., have reached a settlement of all claims that Plaintiff has asserted in this matter. The parties are in agreement that all of the Plaintiff's claims in this matter should be dismissed with prejudice. Having considered the agreement of the parties, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

1.  That all claims asserted or that could have been asserted herein by or on behalf of Plaintiff, Covington Specialty Insurance Company, against Defendants Vernon Stapleton and Hartman & Company, Inc., are hereby DISMISSED, in their entirety, with prejudice.

2.  Each party shall be responsible for his or its own costs.

This is a final appealable Order, there being no just cause for delay.

Entered this the 20th day of August, 2018.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

SEEN AND AGREED TO BY:

*/s/ Katherine J. Dempster*
Katherine J. Dempster
*Counsel for Plaintiff,*
*Covington Specialty Insurance Company*


*/s/ Leigh Gross Latherow*
Leigh Gross Latherow
*Counsel for Defendant,*
*Hartman & Company, Inc.*


*/s/ Jason Charles Reichenbach*
Jason Charles Reichenbach
*Co-counsel for Defendant,*
*Vernon Stapleton*

*/s/ Daniel Frederick*
Daniel Frederick
*Co-counsel for Defendant,*
*Vernon Stapleton*